■ In the Matter of WARREN BERRY, Petitioner, v. NEW YORK CITY PAROLE COMMISSION et al., Respondents.— Proceeding pursuant to article 78 CPLR to compel respondents to credit petitioner with time served. Applica-

tion denied; proceeding dismissed. A proceeding of this kind cannot be entertained in this court. (CPLR 7804, subd. [b]; 506.) Ughetta, Acting P. J., Christ, Brennan, Hill and Benjamin, JJ., concur.